**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

_____

IN RE:  )  Case No. 13-12211
      Dianna Oakes  )  Chapter 13
      Debtor  )
_____)  **MOTION FOR VOLUNTARY DISMISSAL**

    **NOW COMES**, Dianna Oakes, Debtor, in the above-captioned matter, by and through their attorney, who states as follows:

1. The Debtors filed a voluntary petition under Chapter 13 requesting relief under Chapter 13 of Title 11 of the United States Bankruptcy Code on or about September 13, 2012.

2. The debtor has a right to request voluntary dismissal of this case pursuant to 11 U.S.C. § 1307(b).

3. The debtor is requesting that this case be dismissed.

    **RESPECTFULLY SUBMITTED** this 4th day of September, 2013.

                           /s/ Dianna Oakes_____
                           Dianna Oakes, Debtor

                           **LAW OFFICE OF JOSEPH M. ANNUTTO**

                           /s/ Brian P. Cowan_____
                           By: Brian P. Cowan
                           BNH No. 07071
                           369 Main Street
                           Nashua, NH   03060
                           603-881-9161
                           Attorney for Dianna Oakes

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the attached notice of voluntary dismissal has been forwarded this day, electronically, to Lawrence Sumski, and via first class mail to the following parties:

Keystone Recovery Partners, Series II  
c/o Weinstein & Riley, P.S.  
2001 Western Ave., Ste. 400  
Seattle, WA 98121-3132  

ASSET ACCEPTANCE LLC  
P.O. BOX 2036  
WARREN MI 48090-2036  

AZUREA I, LLC  
C O WEINSTEIN AND RILEY, PS  
2001 WESTERN AVENUE, STE 400  
SEATTLE, WA 98121-3132  

Advanced Call Center Technologies,  
PO Box 8457  
Gray, TN 37615-0457  

AMERICAN HONDA FINANCE  
P O BOX 168088  
IRVING TX 75016-8088  

AMERICAN HONDA FINANCE  
P O BOX 168088  
IRVING TX 75016-8088  

Asset Recovery Solutions, LLC  
2200 E Devon Avenue, Suite 200  
Des Plaines, IL 60018-4501  

Bank Of America  
PO Box 15019  
Wilmngton, DE 19886-5019  

Citi  
Po Box 6241  
Sioux Falls, SD 57117-6241  
Discover Bank  

DB Servicing Corporation  
PO Box 3025  
New Albany, OH  43054-3025  

Discover Fin Svcs Llc  
Po Box 15316  
Wilmington, DE 19850-5316  

Edfin/esa  
120 N Seven Oaks Dr  
Knoxville, TN 37922-2359  

Edfinancial on behalf of US Dept. of Education  
120 N. Seven Oaks Dr.  
Knoxville, TN 37922-2359  

Gecrb/amer Eagle  
Po Box 103024  
Roswell, GA  30076  

Granite St  
464 Chestnut Street  
Manchester, NH 03101-1804  

Granite State Credit Union  
POB 6420  
Manchester, NH 03108-6420  

InSolve Recovery, LLC, c/o Capital Recovery  
Dept 3203  
PO BOX 123203  
DALLAS, TX 75312-3203

KEYSTONE RECOVERY PARTNERS
LLC, SERIES A
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Keystone Recovery Partners, Series II
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

Lvnv Funding Llc (original Creditor
Po Box 740281
Houston, TX 77274-0281

Meridian Financial Svc (original Cr
21 Overland Industrial B
Asheville, NC 28806-1376

Midland Fund (original Creditor:cha
8875 Aero Dr Suite 200
San Diego, CA 92123-2255

Northeast Credit Union
100 Borthwick Ave
Portsmouth, NH 03801-7117

Northeast Credit Union
POB 1240
Portsmouth, NH  03802-1240

Ocean Beach Club Llc
932 Laskin Rd
Virginia Beach, VA 23451-3905

Office of the U.S. Trustee
1000 Elm Street
Suite 605|Manchester, NH 03101-1703

Source Receivables Man (original Cr
4615 Dundas Dr Ste 102
Greensboro, NC 27407-1761

Sprint
KSOPHT0101-Z4300
Overland, KS  66251-4300

SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

State of New Hampshire
Dept. of Employment Security
Attn: Arnold Rocklin-Weare
32 South Main Street
Concord, NH 03301-4857

Triangle Credit Union
33 Franklin St
Nashua, NH 03064-2687

Triangle Credit Union
c/o Welts, White & Fontaine, P.C.
29 Factory Street
P.O. Box 507
Nashua, NH 03061-0507

UMass Memorial Medical Center
55 Lake Avenue N.
Worcester, MA 01655-0001

Unvl/citi
Po Box 6241
Sioux Falls, SD 57117-6241

Wage and Hour Administrator
NH Department of Labor
PO Box 2076
Concord, NH 03302-2076


September 4, 2013                                                    __/s/ Brian P. Cowan_____
                                                                     Brian P. Cowan